# PIERRE PIERRE LAW, P.C.

NEW YORK OFFICE:
211 East 43rd Street
Suite 608
New York, NY 10017
Phone: (646) 992-8383
Fax: (718) 504-6962
***mail all correspondence*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 09/13/2023

FLORIDA OFFICE:
1451 W Cypress Creek Road
Suite 300
Ft. Lauderdale, FL 33309
Phone: (954) 884-5040
Fax: (754) 484-3121

September 12, 2023

Honorable Stewart D. Aaron
United States Magistrate Judge
Daniel Patrick Moynihan Courthouse
500 Pearl Street, Room 1970
New York, NY 10007

**Letter Motion:**
**Extension of Time Request**

**Re: Anibelka Martinez Castro v. Comm'r of SSA  1:23-cv-01966-SDA**

Dear Honorable Judge Aaron:

Pursuant to the Scheduling Order in the above referenced case, Plaintiff's brief was due September 12, 2023. Due to multiple conflicts on the briefing calendar resulting from an influx of CAR filings, plaintiff requires additional time to complete her brief. Plaintiff therefore writes to respectfully request a 60 day extension through November 13, 2023. Defendant has been consulted and has requested 60 days to respond to Plaintiff's Opening brief extending Defendant's deadline to January 12, 2024. Plaintiff's Reply, if any, would be due January 26, 2024. This is the parties second request for an extension and the Defendant has given consent.

Thank you in advance for the Court's consideration of this request.

Respectfully Submitted,

/s/Eddy Pierre Pierre
Eddy Pierre Pierre, Esq.
Attorney for Plaintiff
(646) 992-8383
(718) 504-6962 fax

Cc:    Michael P. Corona, Esq.   (Via ECF)
       Attorney for Defendant.

ENDORSEMENT: Application GRANTED.
SO ORDERED.
Dated: September 13, 2023

*/s/ Stewart D. Aaron*