**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------------X
ANIBELKA MARTINEZ CASTRO,

               Plaintiff,                               23 **CIVIL** 1966 (SDA)

     -v-                                       **JUDGMENT**

MARTIN O'MALLEY,
ACTING COMMISSIONER OF SOCIAL SECURITY,

               Defendant.
-------------------------------------------------------------------X

       It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Stipulation and Order dated January 08, 2024, that the action be, and hereby is, remanded to the Commissioner of Social Security, pursuant to sentence four of 42 U.S.C. § 405(g), for further administrative proceedings.

**Dated:**  New York, New York
           January 08, 2024

                                                                       **RUBY J. KRAJICK**

                                                                       **Clerk of Court**

                      **BY:**
                                                                        **Deputy Clerk**